UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

UNIVERSITY SHOPPING CENTER LLP and J & J INVESTMENTS, LLC a/k/a J & J INVESTMENT LLC d/b/a BAGEL EMPORIUM,
    Defendants.

Case No.: 22-cv-20383-RNS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
## AS TO DEFENDNAT, J & J INVESTMENTS, LLC ONLY

Plaintiff, Emilio Pinero, and Defendant, J & J Investments, LLC, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431
(561) 571-0646
WassenbergL@gmail.com

s/ Juan Carlos Valdes
Juan Carlos Valdes (FBN: 787191)
  *Attorney for J & J Investments, LLC*
Quesada Valdes, PLLC
1313 Ponce de Leon Blvd., Ste. 200
Coral Gables, Florida 33134
(305) 446-2517
JCV@QVLaw.net

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net